UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRIANN WALKER, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PEOPLE'S UNITED BANK and DOES 1 through 100,<br><br>    Defendant. | CIVIL CASE NO:<br><br>3:17-cv-00304-AVC<br><br><br><br><br><br>APRIL 6, 2017 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.1(b), Plaintiffs Terriann Walker, individually and on behalf of others similarly situated, and through their undersigned attorneys, hereby move for admission *pro hac vice* of their counsel, Richard D. McCune, so that he may represent the plaintiffs in the above-captioned matter before this Court. In support of this motion, Plaintiffs, by their counsel, have attached the Affidavit of Richard D. McCune (Exhibit A) and a Certificate of Good Standing for Richard D. McCune (Exhibit B).

WHEREFORE, Plaintiffs respectfully requests that this Court should grant Plaintiffs' Motion for the Admission of Richard D. McCune *pro hac vice*.

Plaintiffs,
TERRIANN WALKER, individually and on behalf of others similarly situated,

By their attorneys,

 /s/ Richard Hayber
Richard E. Hayber, #ct11629
The Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106
(860) 522-8888 (telephone)
(860) 218-9555 (facsimile)
rhayber@hayberlawfirm.com


Taras Kick, *pro hac vice anticipated*
The Kick Law Firm, APC
201 Wilshire Boulevard
Santa Monica, CA  90401
(310) 395-2988 (telephone)
(310) 395-2088 (facsimile)
taras@kicklawfirm.com

Richard D. McCune
McCune Wright Arevalo, LLP.
3281 East Guasti Road, Suite 100
Ontario, CA  91761
(909) 557-1250 (telephone)
(909) 557-1275 (facsimile)
rdm@mccunewright.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on APRIL 6, 2017, a copy of this document was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

      /s/ Richard Hayber
    Richard E. Hayber