UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRIANN WALKER, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>PEOPLE'S UNITED BANK and DOES 1 through 100,<br><br>    Defendants. | CASE NO. 3:17-CV-00304-AVC<br><br><br>JUNE 5, 2018 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to L. Civ. R. 83.1(d), Defendant, People's United Bank, N.A., ("Defendant"), through the undersigned, respectfully moves for the admission of Stuart M. Richter to appear pro hac vice before this Court as counsel to Defendant People's United Bank, N.A. in the above-captioned matter.  Defendant represents that Attorney Richter is familiar with the issues that will be litigated in this action.  Additionally, Defendant represents that the admission of Attorney Richter would not require modification of any existing scheduling order or deadlines.

In support of this motion, Defendant states the following:

1.  Attorney Richter is a partner at the law firm of Katten Muchin Rosenman LLP.

2.  Attorney Richter's office address is 2029 Century Park East, Suite 2600, Los Angeles, CA 90067.  His telephone number is (310) 788-4400.  His fax number is (310) 788-4471.  His email address is stuart.richter@kattenlaw.com.

3.  Attorney Richter is a member, in good standing, of the bar of the state of California (Bar # 126231), the United States District Court for the Central District of California (no bar number assigned), the United States District Court for the Eastern District of California

(no bar number assigned), United States District Court for the Northern District of California (no bar number assigned), United States District Court for the Southern District of California (no bar number assigned), and the United States Court of Appeals for the Ninth Circuit (no bar number assigned).

4. Attorney Richter has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Attorney Richter has not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

6. The undersigned is advised that Attorney Richter has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the applicable Local Civil Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Attorney Richter, pursuant to L. Civ. R. 83.1(d)(1), designates the undersigned, James T. Shearin, as the attorney sponsoring his application pro hac vice, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

In further support of this Motion, Defendant attaches hereto the Affidavit of Stuart M. Richter, Esq. and a Certificate of Good Standing from the state of California.

Wherefore, Defendant respectfully requests that the Court grant this motion for admission of Stuart M. Richter, pro hac vice.

                                        Respectfully submitted,
                                        Defendant, People's United Bank, N.A.

                                        By:  /s/ James T. Shearin
                                        James T. Shearin (ct 01326)
                                        Pullman & Comley, LLC
                                        850 Main Street
                                        Bridgeport, CT 06604
                                        Tel.    203-330-2240
                                        Fax    203-576-8888
                                        jtshearin@pullcom.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        /s/ James T. Shearin
                                        James T. Shearin (ct01326)