# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRIANN WALKER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PEOPLE'S UNITED BANK and DOES 1 through 100,<br><br>*Defendants.* | CIVIL ACTION<br>No. 3:17-CV-00304 (AVC)<br><br><br><br><br><br>August 17, 2018 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.1, Plaintiff Terriann Walker, individually and on behalf of all others similarly situated, and through her undersigned attorneys, hereby moves for admission *pro hac vice* of her counsel, Emily J. Kirk, so that she may represent Plaintiff in the above-captioned matter before this Court. In support of this motion, Plaintiff, by her counsel, has attached the Affidavit of Emily J. Kirk (Exhibit A) and Certificates of Good Standing for Emily J. Kirk (Exhibit B).

WHEREFORE, Plaintiff respectfully requests that this Court should grant Plaintiff's Motion for the Admission of Emily J. Kirk *pro hac vice*.

                Plaintiff,
                TERRIANN WALKER, individually and on
                behalf of all others similarly situated,

                By her attorneys,

                */s/ Richard D. McCune*
                Richard D. McCune (*Pro Hac Vice*)
                rdm@mccunewright.com
                McCUNE WRIGHT AREVALO LLP
                3281 East Guasti Road, Suite 100
                Ontario, California 91761
                Telephone: (909) 557-1250
                Facsimile: (909) 557-1275

Richard E. Hayber
Bar No.: CT11629
Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106
Telephone: (860) 522-8888
Facsimile: (860) 218-9555
rhayber@hayberlawfirm.com

Taras Kick (*Pro Hac Vice*)
Taras@kicklawfirm.com
Robert J. Dart (CA #264060*)
Robert@kicklawfirm.com
THE KICK LAW FIRM, APC
815 Morago Drive
Los Angeles, CA  90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

**pro hac vice* applications to be submitted

*Attorneys for Plaintiff Terriann Walker*
*and the Putative Class*

2

3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in the above-referenced matter.

>  */s/ Richard D. McCune*
>  Richard D. McCune